# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

Index Number: **21-CV-6318**
Date Filed: **04/14/2021**

Plaintiff(s):
**DANA SMITH**
vs
Defendant(s):
**RICHARD ARROWOOD, CHARLES CARROLL, CHARLES SALINA, TIMOTHY CARNEY et. al.**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**JENNIFER GORANKOFF KATZ,** the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of **New York.**

**On 4/16/2021 at 3:42:52 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION; TRIAL BY JURY IS DEMANDED COMPLAINT** on **CHARLES CARROLL, U.S. MARSHALL SERVICE** at **100 STATE STREET, ROCHESTER, NY 14614** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **JEREMY MARRERO**, **DEPUTY US MARSHALL** of **CHARLES CARROLL, U.S. MARSHALL SERVICE**, a person of suitable age and discretion. Said premises is **CHARLES CARROLL, U.S. MARSHALL SERVICE**'s actual place of Business within the State of NEW YORK.

On **4/19/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant at defendant's actual place of business, at **100 STATE STREET, ROCHESTER, NY 14614** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the state of NEW YORK. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant

**Description:**
Gender: **Male** Race/Skin: **MIDDLE-EASTERN** Age: **26 - 35 Yrs.** Weight: **131-160 Lbs.** Height: **5' 4" - 5' 8"** Hair: **BLACK**
Glasses:**No** Other:

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of the state of NEW YORK or the United States as that term is defined in either the State or in the Federal statutes.

Served at following GPS coordinates, Lat: 43.157511 Long: -77.614258

Subscribed and Sworn to before me on 4/22, 2021.

Lisa M Newfrock

LISA M. NEWFROCK
Notary Public, State of New York
No. 01NE6330541
Qualified in Monroe County
Commission Expires 09/14/2023

X [signature]
**JENNIFER GORANKOFF KATZ**

Job #: 98190