United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Dana Smith,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-6318

v.

Richard Arrowood,
Defendant

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the judgment is in favor of Defendant.

Date: March 16, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk